⑥

THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

CIVIL ACTION # 4 :11 –CV- 564

**PLAINTIFF(S)**

**LORRINE ADAMORE**
**BERNICE ADAMORE – DECEASED / MOTHER**

VS.

**SOUTHWEST AIRLINES CORPORATION   ET.,AL,**

**WM. P. HOBBY AIRPORT ET, AL.**

**CITY OF HOUSTON ET. AL.,**

**DEPARTMENT HOMELAND SECURITY ET.,AL.,**

## AMMENDED COMPLAINT

*NOW COMES, THE MOVANT(S) WHOM FURTHER STATE(S), CLAIM(S), AVER(S) THAT THE ( 16TH ) AND ( 17TH) PARAGRAGH(S) OF THE PLAINTIFF(S) COMPLAINT / PETITION OF BEING WRONGFULLY AND UNLAWFULLY VIOLATED DISCRIMINATELY, ATTEMPTED EXTORTION AND OR BEING TREATED DIFFERENTLY THAN WHITE MALE(S) AVIATION TRANSPORTED CLIENT; MARK DICKINSON AND OR HIS;* (*see exhibits*) (1)- *DYING / DECEASED GRANDSON HE HAD NEVER MET CADEN RODGERS A YOUNG CHILD BY THE AFORECAPTIONED DEFENDANT(S) WERE IN-*



*ADVERTENLY OMMITTED FROM THE ORIGINAL COMPLAINT FILED ON 02/01/11 WITH THE CLERK OF COURT RECORD(S) 4 : 11 – CV -564 WHICH CONTAINED THE FOLLOWING FACT(S), MERIT(S),GROUND(S) CONSISTANT WITH IT'S ORIGNAL GIVING RISE TO CAUSE FOR CLAIM(S) OF INJURIES AND DAMAGE(S). MOVANT(S) SEEK $ 41. 5 MILLION DOLLARS FOR THE CONSPIRED ACT(S) OF EXTOTION / DISCRIMINATORY ACT(S) – ACTION(S) AND THEIR UNWARRANTED UNLAWFUL, WRONGFUL VIOLATION(S) OF THE CIVIL RIGHTS ACT OF 1964 . SOME DEFENDANT(S) ARE SUBJECT TO U.S 1983 STATUS AS,WELL AGAINST THE MOVANT(S). SUCH AS;*

*\*JOHN DOE\* VERIFICATION(S)  IDENTIFICATION(S)  DOCUMENTOR  AN HOMELAND SECURITY – TRANSPORTATION SECURITY OFFICER / INSPECTOR DUTY OFFICER FOR THE TRANSPORTATION SECURITY ADMINISTRATION A FEDERAL AGENCY OF THE UNITED STATES GOVERNMENT. HE IS NOT BLACK.*

*AMMENDED COMPLAINT*
(\* cont'd from paragraph #15)

*# 16). CHRISTINA DOE IS A WHITE FEMALE TRANSPORTATION MANAGER – SUPERVISOR FOR SOUTHWEST AIRLINES CORP.@ WM. P. HOBBY AIRPORT LOCATED IN THE CITY OF HOUSTON STATE OF TEXAS. , AND THAT SHE A RESPONDEAT SUPERIOR OF HER WORKFORCE, GENE KELLY HER RESPON –*



*DEAT SUPERIOR AS WELL AS ALL DEFENDANT(S) HERE-IN CONTAINED IN*

*# 4 : 11 – CV - 564 COMPLAINT / PETITION RESPONDEAT SUPERIOR(S) FAILED –*

*OMMITTED TO:*

*A). PROVIDE INTERVENE IN THE OVERSIGHT OF PASSENGER / BAGGAGE / AIR –*

*CARGO SECURITY SCREENING OPERATION(S), AIRPORT SECURITY RISK*

*ASSESSMENT(S), SECURITY TECHNOLOGY IMPLEMENTATION(S), CRISIS MAN-*

*AGEMENT(S), COMMUNICATION(S) NETWORKING, AND OTHER RELATED PRO-*

*GRAM(S) AS DIRECTED BY:*

*THE DEPARTMENT OF HOMELAND SECURITY*

*THE TRANSPORTATION SECURITY ADMINISTRATION*

*THE OFFICE OF THREAT TERRORIZING ASSESSMENT CREDENTIALING*

*THE AVIATION SECURITY ADMININSTRATION*

*THE STATE OF TEXAS*

*SOUTHWEST AIRLINES CORPORATION*

*WILLIAM P. HOBBY AIRPORT*

*AND OR:*

*B). DETERMINE THEIR INEFFECTIVENESS(ES) AND RECOMMEND ADJUST –*

*MENT(S) AS NEEDED AND OR:*

*C). PRACTICE / PROMOTE / OR IMPLEMENT PROGRAM(S) THAT WOULD HAVE*

*REINFORCED THEIR CRITICAL THINKING SKILL(S), SPECIALIZED COM-*

*MUNICATION(S) TACTIC(S), THAT THEREBY IMPROVING THE ABILITY OF THEIR*

*WORKFORCE(S) TO MAKE INDEPENDENT / MANAGERIAL AND OR TRANS –*

*PORTATIONAL AND OR SECURITY BASED DECISION (S), BY USING AVAILABLE*



INTELLIGENCE(S), CRITICAL THINKING SKILL(S), EXPERIENCE, OBSERVATIONS AND PASSENGER ENGAGEMENT(S) ON 02 / 01 / 10 @ WM. P. HOBBY AIRPORT @ SOUTHWEST AIRLINES CORPORATION TERMINAL(S).

D). ENSURE THAT THEIR ORGANIZATION(S) / COMPANIES / WORKFORCE APPLIED AND PROMOTED INTERGRATED CONFLICT MANAGEMENT(S) SYSTEM(S) CORE PRINCIPAL(S) AND COMPLY WITH IT'S APPLICABLE STANDARD(S).

E). MENTOR TEAM(S) AT ALL LEVEL(S) AND PROVIDE CONSTRUCTIVE FEED-BACK(S) THAT RECOGNIZES POSITIVE BEHAVIOR(S) AND PROMOTED THE DEFENDANT(S) INDIVUAL IMPROVEMENT(S), GROWTH(S), AND CONFIDENCE(S).

F). PROVIDE MANAGEMENT(S) AND TECHINCAL OVERSIGHT(S) TO THEIR STAFF MEMBER(S) AND PERFORM SUPERVISORY FUNCTION(S) / PER – FORMANCE(S) EVALUATION(S) / DISCPLINE(S) /TRAINING(S) AND MONITOR-ING(S) ON 02 / 01 / 10 @ WM. P. HOBBY AIRPORT @ SOUTHWEST AIRLINES.

G). INTERACT WITH STAKEHOLDER(S) TO IDENTIFY AND RESOLVE THE DE – FENDANT(S) OPERATIONAL ISSUE(S).

#17). MOVANT(S) FURTHER STATE(S), CLAIM(S), AND AVER(S) THAT AFTER BE-ING HARRASSED BY V.I.D /DUTY OFFICER AND LATER CHRISTINA DOE /T.M. O CHRISTINA DOE REISSUSED THE TICKET FOR NEXT FLIGHT THREATNING TO


*UPGRADE THE TICKET FROM COACH TO FIRST CLASS EVEN WHILE MOVANT BEGGED FOR MERCY AS NO FAULT OWN T.S.A. COULD* NOT *READ OR UNDERSTAND OR ACCEPT THE MOVANT'S VALID STATE OF TEXAS ISSUSED GOVERNMENT I.D. AND OR THE STATE OF ILLINOIS NOTORIZED BIRTH CERTIFICATE FROM THE BEREAU OF VITAL STATISTIC(S )AND THEREFORE WAS NOT ALLOWED TO BE SEARCHED TO ACCESS GATE TO BOARD THEIR AIRCRAFT. WHEN THE MOVANT WENT THROUGH SCREENING ON THE REISSUSED TICKET AND WAS ASK-ED TO PLACE HER* ~~FINER(S)~~ FINGER(S) */ HAND(S) ON THE FINGERPRINT GLASS THE ALARM WENT OFFCRAZY AND EXTREMELY LOUD MOVANT WAS TOLD THAT IT RESULTED IN MOVANT TO HAVE TO BE SUBJECTED TO AN INTENSIFIED SEARCH OFHER PERSON. AFTER THE SEARCH WAS FINISHED MOVANT WAS THEN ADVISED THAT HER FLIGHT WAS NOW BOARDING FOR TAKE-OFF AND THAT SHE WOULD MISS IT, PANICKING THE MOVANT WENT TO GRAB BAG(S) TO GET FLIGHT BUT WAS STOPPED BY THE T.SO. INSPECTOR(S) WHOM SAID MOVANT WOULD NEVER MAKE FLIGHT AND SUMMONED THE AIRCRAFT(S) TERMINAL(S) AVIATION BAGGAGE / CARGO TRANSPORTER(S) JANE AND JOHN DOE WHOM ARGUED THE ENTIRE RIDE FROM THE TIME THEY PICKED UP THE PLAINTIFF OVER WHAT GATE TO TAKE MOVANT TO FINALLY \* JOHN DOE\* SHOUTS OUT I'M DRIVING AND I TAKING HER TO THE GATE I WANT TO. \*JANE DOE THEN ABRUPTLY SHUTS UP AND STOPS ARGUING WITH \*JOHN DOE\*. LATER THE MOVANT FOUND OUT THAT SHE WAS TAKEN TO THE WRONG GATE AND THAT MVANT'S FLIGHT WAS ALREADY AIRBORNE. MOVANT WENT BACK TO CUSTOMER SERVICE CHRISTINA DOE WHO WAS FURIOUS AT*

(10)

*THE MOVANT AND RIGHT THEN AND THERE DID UPGRADE MOVANT'S FLIGHT BOARDING PASS FROM COACH TO FIRST CLASS AND OR FROM $99.00 TO – $600.00 THE MOVANT WAS DEVASTED AS SHE WAS TRYING TO GET TO DYING 83 YEARS OLD ( WHICH PLAINTIFF KNEW ) MOM HER ENTIRE LIFE AND TOLD CHRISTINA DOE THAT THE FIRST MEETING AND AT THIS MOMENT TO NO AVAIL. ALL THE AFOREMENTIONED ACT(S) COMMITTED BY THE DEFENDANTS CAUSED THE PLAINTIFF(S) MOVANT'S INTENTIONAL INFLICTION(S) OF EX – TREME EMOTIONAL DISTRESS(ES), INTENTIONAL ABUNDANCE(S) OF MENTAL ANGUISH(ES), DEEP GREAT DEPRESSION(S) & SORROW(S), PAIN & SUFFER- ING(S) OF NOT BEING AT BEDSIDE OF DYING MOM (HER OLDEST DAUGHTER ) WAS DONE WANTOMLY / BLATANTLY IN TOTAL DISREGARD OF THE PLAINTIFF MOVANT(S) CONSTIUTIONAL / CIVIL RIGHTS ACT(S) / DISCRIMINATION LAW(S) OF THESE UNITED STATES OF AMERICA **IN BAD FAITH** , CAUSING THE MOV – ANT(S) **SHAME(S) / EMBARRASSMENT(S) / HUMILIATION(S) AND LOSS OF COMPANIONSHIP(S) EVEN TO DEATH BECAUSE OF THE MOVANT'S RACE BEING BLACK** , **BECAUSE OF THEIR SEX(ES) BEING FEMALE(S) AND** DISABILTIES **BECAUSE OF THEIR AGE(S) 54YRS. OLD AND 83 YRS. OLD ALL OF THE DEFENDANT(S) / THEIR RESPONDEAT SUPERIOR(S) WHOM OWED THE PLAINTIFF(S) /MOVANT(S) A REASONABLE DUE STANDARD OF CARE** CONSPIRED TO & TREATED THE PLAINTIFF(S) VERY DIFFERENTLY THAN THAT OF (02) YOUNG WHITE MALE(S) WHEN BEING SERVICED THROUGH THEIR ORGANIZATION(S ,COMPANIES , AGENCIES , DEPARTMENT(S) , TERMINAL(S) AND WORKFORCE(S),* AND CITIES AND STATES), ON 01/05/11.

(11)

WHEREBY THE MOVANT(S) HAS SUSTANTIATED LEGAL, LAWFUL, GROUND(S), REASON(S), FACT(S), MERIT(S) GIVING RISE TO THIS CAUSE PETITION OF DISCRIMINATION(S) OF A PUBLIC ACCOMODATION(S), ATTEMPTED EXTORTION(S) FOR HIGHER AIRFARE(S) ( WHICH DID'NT INCLUDE THE ADVANCED PAID IN FULL RETURN TRIP FARE CALCULATED INTO THAT SUM AND MOVANT NEVER RECEIVED REFUND EITHER FROM UNUSED TICKET ) @ WILLIAM P. HOBBY AIRPORT 7800 AIRPORT BLVD., @ SOUTHWEST AIRLINES CORPORATION'S AIRCRAFT(S) TER – MINAL(S). AND THAT MARK DICKINSON A YOUNG WHITE MAN WAS TREATED DIFFERENTLY WHEN HE HAD SAME PLIGHT OF PLAINTIFF(S). EXCEPT CADEN RODGERS WAS ALREADY DECEASED AND MARK DICKINSON HAD NEVER EVEN MET HIS GRANDSON. SOUTHWEST AIRLINES CORP. / TERMNAL(S) AT HOUSTON HOBBY & L.A.X. TERMINAL(S) TREATED THE PLAINTIFF(S) DIFFERENTLY BECAUSE OF THE RACE(S), SEX(ES), AND AGE(S) OF THE MOVANT(S) AND HAD IT NOT BEEN FOR THE DISCRIMINATORY, CONCERTED ACT UNLAWFUL ACT(S) OF THE DEFENDANT(S) THE MOVANT WOULD HAVE BEEN AT BEDSIDE TOGETHR WHILE THERE WAS STILL LIFE AND BREATH IN BERNICE ADAMORE ON 02/01/10 SHE DIED ON 02/02/10 WITHOUT A FINAL GOODBYE TO HER FIRST AND OLDEST DAUGHTER LORRINE ADAMORE 54 YRS. OLD LIVING IN ANOTHER STATE, NEEDLESS TO SAY PLAINTIFF(S) MOVANT(S) SEEKS CLAIMS FOR DAMAGES AND INJURIES SUSTAINED FOR THE WRONGFUL DISCRIMINATION(S) /ATTEMPTED EXTORTION(S) DAMAGES IN THE SUMS OF $ 41.5 MILLION DOLLARS FOR EACH/PER COUNT(S) (08) COUNTS AND MOVANT(S) SEEKS FOR CLAIM(S) OF RELIEF(S) FOR RETAILIATION, SUM(S) FOR JUDGEMENT IN THE AMOUNT OF: $75 MILLION DOLLARS FOR THE NINTH #(09) COUNT



AS THERE IS NO JUST REASON WHY THE JUDGEMENT SHOULD NOT BE IMMEDIATELY GRANTED, DECREED AND ORDERED IN THE AMOUNT OF $ 41.5 MILLION DOLLARS TO BE ENTERED INTO THE CLERK OF RECORDS FOR THE UNITED STATES DISTRICT COURT SOUTHERN DISTRCT OF TEXAS ON BEHALF OF THE PLAINTIFF(S) /MOVANT(S) LORRINE /BERNICE ADAMORE. THE PLAINTIFF(S) PRAYS THAT THE HONORABLE PRESIDING JUDGE WILL IMMEDIATELY MOVE THE BENCH TO GRANT , DECREE AND ORDER THE JUDGEMENT OF $ 41.5 MILLION DOLLARS  TO BE ENTERED INTO THE CLERK OF  COURT RECORDS AS THERE IS NO JUST REASON WHY THE JUDGEMENT SHOULD NOT BE GRANTED AND IMMEDIATELY ENTERED INTO THEREOF FOR THE PLAINTIFF(S) OF 4 : 11 – CV – 564, PER (08) COUNT(S) AND (01) COUNT OF RETAILIATION / PUNITIVE DAMAGES IN THE AMOUNT OF $75 MILLION DOLLARS

*PLAINTIFF(S) DEMANDS JURY TRIAL*
*[signature] PRO -SE*
*12248 COPPERTREE LANE*
*HOUSTON, TEXAS ,77035*
*MAY 05TH, 2011*
*LORRINE ADAMORE*
*708 -625 -4796*